UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-14228-CIV-GRAHAM/LYNCH

DENNIS SCOTT,

    Plaintiff,

v.

SPORTS TOWING & STORAGE, INC.,
CHRIS E. DILLON, JOHN G. STAMM,
and JOHN H. STAMM,

    Defendants.
_____/



FILED by ___ D.C.
OCT 16 2008
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

### REPORT AND RECOMMENDATION ON JOINT MOTION FOR COURT REVIEW AND APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSAL OF CASE WITH PREJUDICE [D.E. #21]

**THIS CAUSE** having come on to be heard on the aforementioned Joint Motion and this Court having reviewed the motion, the memorandum, as well as the Confidential Settlement Agreement And Release, and otherwise being advised in the premises, this Court makes the following recommendation.

1. This Court conducted a Settlement Conference on October 15, 2008 pursuant to an Order of Reference from the District Court. At the conclusion of that Settlement Conference, the parties announced that they had reached a settlement. The settlement agreed upon is as set forth in the Confidential Settlement Agreement And Release filed by the parties in conjunction with the Joint Motion For Court Review.

2. This Court has reviewed the Confidential Settlement Agreement And Release. This Court finds that it is fair and reasonable. Further, this Court will recommend that the Joint Motion be granted, the settlement approved and the matter dismissed.

**ACCORDINGLY**, this Court recommends to the District Court that the Joint Motion For Court Review And Approval Of Settlement Agreement be **GRANTED**, the Confidential Settlement Agreement stipulated to between the parties be **APPROVED** and that the matter be **DISMISSED** with prejudice.

The parties announced at the conclusion of the Settlement Conference the aforementioned settlement of all issues and therefore the parties do not need the normal ten day period within which to file any objections to this Report and Recommendation.

**DONE AND SUBMITTED** this _16th_ day of October, 2008, at Fort Pierce, Northern Division of the Southern District of Florida.

FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

Copies furnished:
Hon. Donald L. Graham
J. David Richeson, Esq.
Elizabeth Coke, Esq.
Keith M. Stern, Esq.
Stacey H. Cohen, Esq.