UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
Case No. 08-14228-CIV-GRAHAM/LYNCH

DENNIS SCOTT,

    Plaintiff,

vs.

SPORTS TOWING & STORAGE, INC.,
et al.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** comes before the Court upon the Joint Motion for Court Review and Approval of Settlement Agreement and Dismissal of Case with Prejudice [D.E. 21].

**THE MATTER** was initially referred for a settlement conference to the Honorable United States Magistrate Judge Frank J. Lynch, Jr. pursuant to 28 U.S.C. § 636 and the Magistrate Rules for the Southern District of Florida [D.E. 12]. Judge Lynch issued a Report and Recommendation [D.E. 25] recommending that the Joint Motion be granted, the Settlement be approved and the matter dismissed with prejudice.

**THE COURT** has conducted an independent review of the record and is otherwise fully advised in the premises. According to the Report, the parties do not need the normal ten day period within which to file objections because the settlement included resolution of all of the issues. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report [D.E. 25] is **AFFIRMED, ADOPTED AND RATIFIED** in its entirety. It is further

**ORDERED AND ADJUDGED** that the Joint Motion for Court Review and Approval of Settlement Agreement and Dismissal of Case with Prejudice [D.E. 21] is **GRANTED**. **This action is dismissed with prejudice.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 20th day of October, 2008.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Lynch
    Counsel of Record